IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Carol A. Wilson, Administrator, et al.

      Plaintiffs,

v.

Site Development, Inc.

      Defendant.

Case No. 2:17-CV-600

Judge Sargus

Magistrate Judge Vascura

## ORDER GRANTING DEFAULT JUDGMENT AND ORDER FOR AUDIT

This matter is before the Court upon Plaintiffs' Motion for Default Judgment and Order for an audit under Count I of Plaintiffs' Complaint.

The Court finds upon consideration of the pleadings, Plaintiffs' Motion, and Affidavit that Plaintiffs are entitled to audit Defendant's books and records for the period June 1, 2014 to the present with respect to the hours worked by, wages paid to, and fringe benefit contributions made on behalf of employees of Defendant working within the trade jurisdiction of the International Union of Operating Engineers, Local Union Nos. 18, 18A and 18B.

Therefore, it is hereby ORDERED that Defendant make available to Plaintiffs for audit all of the individual earnings records, weekly payroll journals, and other payroll records of defendant, all quarterly withholding tax and FICA tax returns (Form 941); and all Form W-2s of Defendant for the period June 1, 2014 to the present within thirty (30) days from the date hereof.

10/06/2017
EDMUND A. SARGUS, JR., JUDGE
UNITED STATES DISTRICT COURT