UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CAROL A. WILSON,

        Plaintiff,

v.

SITE DEVELOPMENT INC.,

        Defendant.

Case No. 2:17-cv-600
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## OPINION AND ORDER

On March 5, 2018, the United States Magistrate Judge issued a Report and Recommendation (ECF No. 19) recommending that (1) Leonard Theisen and Defendant Site Development, Inc. be found in civil contempt; (2) Defendant be ordered to pay Plaintiffs' reasonable expenses, including attorneys' fees, incurred in connection with its attempts to secure Defendants' compliance with the October 6, 2017 Order; and (3) Leonard Theisen by sanctioning in the amount of $100.00 per day until Defendant provides Plaintiffs with the records.

The time for filing objections has passed, and no objections have been filed to the Report and Recommendation or the Supplemental Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation and Supplemental Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **FINDS** Leonard Theisen in civil contempt and **ORDERS** Defendant to pay Plaintiffs' reasonably expenses and pay $100.00 per day until Defendant provides Plaintiffs with the records. The Court further **ORDERS** Plaintiffs

to submit an affidavit setting forth their reasonable expenses, including attorneys' fees, incurred in connection with their attempts to compel Defendant's compliance with the Court's October 6, 2017 Order.

**IT IS SO ORDERED.**

4-23-2018
DATE

EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**